**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

June 27, 2025

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
via ECF

Re: United States v. William Hill
23 Cr. 578 (JGK)

Your Honor:

    I write to request an extension of time until July 3, 2025, by which Mr. Hill's bond is to be secured by co-signers. Mr. Hill is currently at liberty on a one hundred thousand dollar bond, on home detention with electronic monitoring, and needs additional time to secure his bond with co-signers.
    The government, by Jerry Fang, Esq., consents to this request.

                                    Respectfully,
                                    *Lisa Scolari*
                                    Lisa Scolari

SO ORDERED:

/s/ John G. Koeltl
_____
HON. JOHN G. KOELTL
6/30/25