LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

July 18, 2025

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
via ECF

Re: United States v. William Hill
23 Cr. 578 (JGK)

Your Honor:

    I write with consent of the government, by Jerry Fang, Esq., to request modifications of Mr. Hill's one hundred thousand dollar bond. Currently it requires two financially responsible suretors and home detention. I seek a change that would permit one suretor and a curfew with hours to be determined by pretrial. I further request a week extension to July 25, 2025 for the suretor to sign the bond. Mr. Hill is on a GPS monitor, is working full time, and his pretrial officer has reported that he has been in compliance with his release conditions.
    The government, by Jerry Fang, Esq., consents to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

/s/ John G. Koeltl    7/18/2025
_____
HON. JOHN G. KOELTL