UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Plaintiffs,

        -against-                                              23 cr 578 (JGK)

WILLIAM HILL and SHURON MALONE,
                          Defendant.
------------------------------------------------------------X

The conference scheduled for Thursday, February 12, 2026, at 4:30pm, is **advanced to Wednesday, February 11, 2026, at 11:30am.**

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 28, 2026.