

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 10, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. William Hill*, S2 23 Cr. 578 (JGK)

Dear Judge Koeltl:

    The Government respectfully writes on behalf of the parties to request an adjournment of the pretrial conference for defendant William Hill, which is currently scheduled for February 11, 2026. The defendant has been in state custody in Connecticut, and he will not be in federal custody before the next conference date. The Government will submit a proposed writ to have the defendant transferred to federal custody. In order to give time for the Government to obtain the writ, the United States Marshals to execute the writ, and for the defendant to litigate his state case, the parties respectfully request an adjournment of approximately 45 days. The defendant consents to the exclusion of time.

        JAY CLAYTON
        United States Attorney

By:    _____
        William K. Stone / Jerry J. Fang
        Assistant United States Attorneys
        Southern District of New York
        Tel. 212-637-2521 / 2584

cc: Lisa Scolari, Esq. (by ECF)