UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       - against -                    23-cr-578 (JGK)

WILLIAM HILL,                       SPEEDY TRIAL ORDER

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a conference on **Thursday, March 26, 2026, at 3:00 p.m.**

    Because the additional time to schedule a conference in this matter is because the defendant is not in federal custody and because the defendant consents to the exclusion of time, the Court prospectively excludes the time from today until **March 26, 2026,** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            February 10, 2026

                                       _____
                                       John G. Koeltl
                                       United States District Judge