LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

March 23, 2023

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
via ECF

*The Conference scheduled for March 26, 2026 is adjourned to April 22, 2026 at 11:30 AM. The Court will issue a separate order. So ordered. [signature] (U.S.D.J.) 3/24/26*

Re: United States v. William Hill,
23 Cr. 578 (JGK)

Your Honor:

I write to request an adjournment of William Hill's conference, currently scheduled for March 26, 2026. Mr. Hill is in custody in Connecticut and has two state court appearances this month: one today and one on March 27, 2026. Therefore, I request a date in April, 2026 when the government will produce Mr. Hill in court before Your Honor.

As the adjournment is sought so that Mr. Hill can be brought to court, the time between March 23, 2026 and the adjourn date should be excluded from speedy trial calculations. The adjournment will also allow Mr. Hill to continue reviewing discovery.

The government, by William Stone, Esq., consents to this request.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. JOHN G. KOELTL