UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

     - against -

WILLIAM HILL,

               Defendant.
_____

23-cr-578-4 (JGK)

**SPEEDY TRIAL ORDER**

JOHN G. KOELTL, District Judge:

The next conference is adjourned to **May 28, 2026, at 11:30 a.m.**

With the consent of the parties and in light of the new conference date, the Court prospectively excludes the time from **April 22, 2026** through **May 28, 2026,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
          April 22, 2026

_____
       John G. Koeltl
   United States District Judge