LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

May 16, 2026

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
via ECF

Re: United States v. William Hill,
23 Cr. 578 (JGK)

Your Honor:

      I write to request a six week adjournment of William Hill's conference, currently scheduled for May 28, 2026. The current date was set with the expectation that Mr. Hill would receive a copy of the discovery, have an opportunity to review it and discuss it with me. Unfortunately he did not receive the hard drive I sent and has not been able to review the discovery. For some unexplained reason the post office claimed it was inadequately addressed despite being addressed in the usual, correct manner. Mr. Hill needs time to review the discovery and discuss it with me, so I can indicate which motions I anticipate when we next appear before the Court.   Therefore, I request an adjourn date in mid-July, 2026.

      As the adjournment is sought so that Mr. Hill can review discovery the time between May 28, 2026 and the adjourn date should be excluded from speedy trial calculations.

      The government, by Jerry Fang, Esq., has no objection to the adjournment and takes no position on the length of time requested.

Respectfully,

*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. JOHN G. KOELTL