LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

July 13, 2026

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
via ECF

Re: United States v. William Hill,
23 Cr. 578 (JGK)

Your Honor:

I write to request a six week adjournment of William Hill's conference, currently scheduled for July 15, 2026. I have requested and the government has agreed to provide additional discovery and we need time to obtain and review it. As the adjournment is sought so that Mr. Hill can review additional discovery the time between July 15 , 2026 and the adjourn date should be excluded from speedy trial calculations.

The government, by William Stone, Esq., has no objection to the adjournment.

Respectfully,
Lisa Scolari
Lisa Scolari

SO ORDERED:

_____
HON. JOHN G. KOELTL