LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

September 9, 2026

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
via ECF

Re: United States v. William Hill,
23 Cr. 578 (JGK)

Your Honor:

I write to request an adjournment of William Hill's conference, currently scheduled for September 14, 2026, to a date in November, 2026. The defense needs additional time to review the recently provided additional discovery and would also like the opportunity to engage the government in plea discussions. As the adjournment is sought for discovery review and plea negotiations the time between September 14, 2026 and the adjourn date should be excluded from speedy trial calculations.

The government, by William Stone, Esq., consents to this request.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

______________________________
HON. JOHN G. KOELTL