LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

November 6, 2026

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
via ECF

Re: United States v. William Hill,
23 Cr. 578 (JGK)

Your Honor:

I write to request an adjournment of William Hill's conference, currently scheduled for November 10, 2026, to a date in December, 2026. The defense needs additional to engage the government in plea discussions. As the adjournment is sought for plea negotiations the time between November 10, 2026 and the adjourn date should be excluded from speedy trial calculations.

The government, by William Stone, Esq., consents to this request.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

______________________________
HON. JOHN G. KOELTL